1
2
3                                                                                          O
4
5
6
7
8                          UNITED STATES DISTRICT COURT
9                         CENTRAL DISTRICT OF CALIFORNIA

10  UNITED STATES OF AMERICA,          )
                                       )
11                 Plaintiff,          )    SA CR 02-014-AHS
                                       )
12       v.                            )    ORDER OF DETENTION AFTER HEARING
                                       )         (18 U.S.C. § 3142(i))
13  JOSE OMAR GARCIA,                  )
                                       )
14                 Defendant.          )
                                       )
15

16                                     I.

17      A.  On motion (X) (by the Government) / ( ) (by the Court sua sponte) involving:

18      1. ( )  serious risk defendant will flee;

19      2. ( )  serious risk defendant will

20         a. ( )  obstruct or attempt to obstruct justice;

21         b. ( )  threaten, injure, or intimidate a prospective   witness or juror or attempt to do so.

22      3. (X) a violation of supervised release or probation.

23                                     II.

24   The Court finds no condition or combination of conditions will reasonable assure:

25      A. (X)    appearance of defendant as required; and/or

26      B. ( )    safety of any person or the community;

27
28

|    |                                                                                      |
|----|--------------------------------------------------------------------------------------|
| 1  | III.                                                                                 |
| 2  | The Court has considered:                                                            |
| 3  | A.  (X)    the nature and circumstances of the offense;                              |
| 4  | B.  (X)    the weight of evidence against the defendant;                             |
| 5  | C.  (X)    the history and characteristics of the defendant;                         |
| 6  | D.  ( )    the nature and seriousness of the danger to any person or to the community. |
| 7  | IV.                                                                                  |
| 8  | The Court concludes:                                                                 |
| 9  | A. ( ) Defendant poses a risk to the safety of other persons or the community because: |
| 10 |                                                                                      |
| 11 | B. ( ) History and characteristics indicate a serious risk that defendant will flee because: |
| 12 |                                                                                      |
| 13 | C. ( ) A serious risk exists that defendant will:                                    |
| 14 |      1. ( )  obstruct or attempt to obstruct justice;                                |
| 15 |      2. ( )  threaten, injure or intimidate a witness/ juror; because:               |
| 16 |                                                                                      |
| 17 | D.  (X)    Defendant has not established by clear and convincing evidence to the contrary that |
| 18 |            he does not pose a risk of flight or danger to the community as provided in 18 U.S.C. |
| 19 |            § 3143 (a).                                                               |
| 20 | IT IS ORDERED that defendant be detained prior to trial.                             |
| 21 | IT IS FURTHER ORDERED that defendant be confined as far as practicable in a corrections |
| 22 | facility separate from persons awaiting or serving sentences or person held pending appeal. |
| 23 | IT IS FURTHER ORDERED that defendant be afforded reasonable opportunity for private |
| 24 | consultation with his counsel.                                                       |
| 25 | Dated: January 31, 2008                                                              |
| 26 |                                                  MARC L. GOLDMAN                     |
| 27 |                                                  Marc L. Goldman                     |
| 28 |                                                  U.S. Magistrate Judge               |